**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRANDON WALTHOUR,**

      **Plaintiff,**

**v.**                                                       **Case No:  6:16-cv-834-Orl-41TBS**

**VANDERBILT UNIVERSITY,**
**SOUTHEASTERN CONFERENCE**
**and NATIONAL COLLEGIATE**
**ATHLETIC ASSOCIATION,**

      **Defendants.**

_____

### NOTICE TO COUNSEL

**Rafey S. Balabanian, Benjamin S. Thomassen, Jeff Raizner and John Driscoll**

Please review Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida for non-resident attorneys. Note the fourteen (14) day deadline. Please go to www.flmd.uscourts.gov under the Attorney Resources section for further information or call the Clerk's Office for the division in which you will be filing.

**Motion to Appear Pro Hac Vice:**

Local Counsel: Please file a Motion to Appear Pro Hac Vice electronically on behalf of the non-resident attorney(s).

**Special Admission Attorney Certification Form:**

Please complete the Special Admission Attorney Certification form. This is a required document for non-resident attorneys in this Court located on our website at www.flmd.uscourts.gov under Attorney Resources. Please mail this form with the $150.00 fee to the Clerk's Office. Checks should be made payable to Clerk, U.S. District Court.

**Special Admission Fee:**

The $150.00 fee is per attorney appearing Pro Hac Vice per case. (To be submitted with the Special Admission Attorney Certification form).

                                                                       SHERYL L. LOESCH, CLERK

                                                                       s/I. Cammarota, Deputy Clerk