UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **BRANDON WALTHOUR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 6:16-CV-834-Orl-41TBS |
| | ) |
| **VANDERBILT UNIVERSITY, SOUTHEASTERN** | ) |
| **CONFERENCE and NATIONAL COLLEGIATE** | ) |
| **ATHLETIC ASSOCIATION,** | ) |
| | ) |
| Defendants. | ) |

## Response to Notice to Counsel

John J. Driscoll, pursuant to the Middle District of Florida's Local Rule 2.02, hereby requests permission to not be listed as attorney of record in the above-styled case. In support of said Response, counsel for Plaintiff states as follows:

1. Attorney John J. Driscoll is not admitted to practice in the Middle District of Florida pursuant to Local Rule 2.02. Attorney John J. Driscoll is not the attorney of record for Plaintiff Brandon Walthour.

2. Attorney David P. Healy remains attorney of record for Plaintiff Brandon Walthour.

WHEREFORE, John J. Driscoll request this court not list him as attorney of record for Plaintiff Brandon Walthour and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

 /s/ David P. Healy
David P. Healy (940410)
Dudley, Sellers, Healy & Heath, PLC
3522 Thomasville Rd., Suite 301
Tallahassee, Florida 32309
(850) 222-5400
(850) 222-7339 (fax)
dhealy@davidhealylaw.com
Counsel to Plaintiff

THE DRISCOLL FIRM, P.C.

JOHN J. DRISCOLL, #54729
211 N. Broadway, 40th Floor
St. Louis, Missouri  63102
314-932-3232 telephone
314-932-3233 facsimile
john@thedriscollfirm.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that true copies of this document were served upon the attorneys and parties of record on this 31st day of May, 2016 via email and/or U.S. Mail, postage prepaid.

/s/ David P. Healy